# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2123 | **DATE** | 11/5/2009 |
| **CASE TITLE** | uBid, Inc. vs. The GoDaddy Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Ruling held on 11/5/2009. **ENTER MEMORANDUM OPINION:** GoDaddy's motion (Doc [25]) to dismiss for lack of personal jurisdictional under Fed. R. Civ. P. 12(b)(2) is granted. GoDaddy's motion to transfer to the District of Arizona is denied as moot. Said dismissal is without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | SCT |
|---|---|---|